UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Kevin Gust, individually and on (PAM/SER) behalf of E.G., a minor child, | Court File No. 11-CV-3198 |
| Plaintiff, | |
| v. | **ORDER** |
| Payne Transportation, LP and Karl V. Lent, | |
| Defendants. | |

_____

Upon the petition, record and proceedings herein, IT IS HEREBY ORDERED that the Petition of Plaintiff Kevin Gust for approval of minor settlement is hereby granted. Plaintiff shall execute the proposed release promptly, and upon receipt, Defendant shall tender the settlement proceeds to Ahlberg Law, PLLC IOLTA. After deduction of one-third of the settlement proceeds for attorney's fees, the remaining settlement proceeds shall be distributed payable to E.G. and deposited in the savings account maintained by Plaintiff as guardian of said minor child.

SO ORDERED.

Dated: _May 2_, 2012

BY THE COURT:

 s/Paul A. Magnuson
Honorable Paul A. Magnuson
Judge of U.S. District Court